UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 24-cv-81569-MATTHEWMAN

CARLA COLBERT,

    Plaintiff,

v.

HANLEY CENTER FOUNDATION, INC.,

    Defendant.
_____/

## ORDER GRANTING THE PARTIES' RENEWED JOINT MOTION FOR APPROVAL OF SETTLEMENT [DE 46]

THIS CAUSE is before the Court upon Plaintiff Carla Colbert ("Plaintiff") and Defendant Hanley Center Foundation, Inc.'s ("Defendant") (collectively, "the parties") Renewed Joint Motion for Approval of Settlement ("Motion") [DE 46]. In the Motion, the parties seek an Order approving their settlement and dismissing the action with prejudice. *Id.* The parties also sent the Court the Settlement Agreement.

The Court held a fairness hearing via Zoom video teleconference (VTC) on February 13, 2026, during which the Court heard from the parties' counsel regarding the fairness of the settlement of Plaintiff's claim alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq*. The parties' counsel represented that the settlement is fair and reasonable, and that Plaintiff and Defendant are in agreement with the terms of the settlement.

The Court has reviewed the Motion, the Settlement Agreement, and the entire file in this case, has considered all of the factors outlined in *Lynn's Food Stores, Inc. v. United States*, 679 F. 2d 1350, 1353 (11th Cir. 1982), and is otherwise fully advised in the premises. The Court finds that the settlement in this case represents a genuine compromise of a bona fide dispute, with all

parties represented by competent counsel. Plaintiff is being paid an amount she believes is owed well prior to the trial date. The parties have agreed to settle due to reasonable strategic and financial considerations. The Court further finds that the settlement, including the attorney's fees and costs, reached by the parties represents a reasonable, arm's length compromise by both sides and is fair and reasonable.

Based on the foregoing, it is hereby **ORDERED** as follows:

1. The Court finds the settlement of Plaintiff's FLSA claims to be fair and reasonable. The Court also finds that the Settlement Agreement meets the standard set forth in *Lynn's Food Stores, Inc.* Accordingly, the Motion [DE 46] is **GRANTED**.

2. The parties' settlement is **APPROVED**.

3. A separate order closing this case shall follow.

**DONE and ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 17th day of February 2026.

WILLIAM MATTHEWMAN
Chief United States Magistrate Judge